**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Leonard Letron SUMMERS,
Defendant–Appellant.**

No. 06–13001
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 12, 2007.

Beatriz Galbe Bronis, Assistant Federal Public Defender, Kathleen M. Williams, Lori E. Barrist, Federal Public Defender, West Palm Beach, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Leonard Summers appeals his sentence of imprisonment for 188 months for possession with intent to distribute cocaine base. *See* 21 U.S.C. § 841(a)(1). Summers contends that the district court erred when it determined that his prior escape conviction qualified as a crime of violence and applied the career offender enhancement to his base offense level. Summers's argument is foreclosed by our decision in *United States v. Gay*, 251 F.3d 950, 954 (11th Cir.2001), that "a prior escape conviction qualifies as a 'crime of violence' under the career offender guideline." *Gay* remains the law in this Circuit. The district court did not err.

Summers's sentence is

**AFFIRMED.**